# EXHIBIT B

| Letters in Support of Charles Lieber's Sentencing Memorandum ||
| --- | --- |
| **Number** | **Family and Friends** |
| 1 | Jennifer Karas |
| 2 | Alexander Lieber |
| 3 | Kevin Lieber |
| 4 | Shirley Karas |
| 5 | Melissa Karas |
| 6 | Michael Evans |
| 7 | Marc Shuman |
| 8 | Rebecca Shuman |
| 9 | Charles Jackan |
| 10 | Gail Foley |
| 11 | Ron Wallace |
| 12 | Ritesh Agarwal |
| 13 | Joanna Aizenberg |
| 14 | Jim Anderson |
| 15 | Paul Ashby |
| 16 | Alan Aspuru-Guzik |
| 17 | Jacqueline Barton |
| 18 | Curtis Berlinguette |
| 19 | Chia-Chun Chen |
| 20 | Adam Cohen |
| 21 | Tzahi Cohen-Karni |
| 22 | Elias Corey |
| 23 | Yi Cui |
| 24 | Yajie Dong |
| 25 | Xiangfeng Duan |
| 26 | Gregory Engel |
| 27 | Daniel Frisbie |
| 28 | Tiang-Ming Fu |
| 29 | Ning Gao |
| 30 | Silvija Gradecak |
| 31 | Harry Gray |
| 32 | Mark Gudiksen |
| 33 | Donhee Ham |
| 34 | Chuan He |
| 35 | Dudley Herschbach |
| 36 | Evelyn Hu |
| 37 | Yongjie Hu |
| 38 | Jinlin Huang |
| 39 | Yu Huang |
| 40 | Chennupati Jagadish |

|  | Letters in Support of Charles Lieber's Sentencing Memorandum |
|---|---|
| **Number** | **Family and Friends** |
| 41 | Ali Javey |
| 42 | Ernesto Joselevich |
| 43 | Daniel Kahne |
| 44 | Theresa Kavanugh |
| 45 | Ehud Keinan |
| 46 | Thomas Kempa |
| 47 | Philip Kim |
| 48 | Daniel Kohane |
| 49 | Leo Kouwenhoven |
| 50 | Robert Langer |
| 51 | David Lee |
| 52 | Jae-Hyun Lee |
| 53 | Jongha Lee |
| 54 | Jung Min Lee |
| 55 | Dingchan Lin |
| 56 | Claire Liu |
| 57 | David Liu |
| 58 | Jia Liu |
| 59 | Jie Liu |
| 60 | Eng Lo |
| 61 | Wei Lu |
| 62 | Tobin Marks |
| 63 | Jared Mason |
| 64 | Thomas Meade |
| 65 | Alfredo Morales |
| 66 | SungWoo Nam |
| 67 | Kang-Kuen Ni |
| 68 | You-Shin No |
| 69 | Daniel Nocera |
| 70 | Aleksandr Noy |
| 71 | Teri Odom |
| 72 | Hong-Gyu Park |
| 73 | Hongkun Park |
| 74 | Jang-Ung Park |
| 75 | Won Il Park |
| 76 | Shaun Patel |
| 77 | Fang Qian |
| 78 | Quan Qing |
| 79 | Harry Ruda |
| 80 | Stuart Schreiber |
| 81 | Eugene Shakhnovich |
| 82 | Hale Sofia Schatz |
| 83 | Zhigang Suo |

| Letters in Support of Charles Lieber's Sentencing Memorandum ||
| **Number** | **Family and Friends** |
| --- | --- |
| 84 | Jack Szostak |
| 85 | Reshef Tenne |
| 86 | Michael Therian |
| 87 | Bozhi Tian |
| 88 | Brian Timko |
| 89 | Gregg Tucci |
| 90 | Latha Venkataraman |
| 91 | Jianfang Wang |
| 92 | Lu Wang |
| 93 | Eric Wong |
| 94 | Christina Woo |
| 95 | Adam Woolley |
| 96 | Kevin Wu |
| 97 | Jie Xiang |
| 98 | Ping Xie |
| 99 | Chen Yang |
| 100 | Peidong Yaang |
| 101 | Sung Ik Yang |
| 102 | Xiao Yang |
| 103 | Jun Yao |
| 104 | Claude Yoder |
| 105 | Sean You |
| 106 | Guihua Yu |
| 107 | Anqi Zhang |
| 108 | Xiaolin Zheng |
| 109 | Zhaohui Zhong |
| 110 | Alumni of the Lieber Group |